**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RAFAEL VERAZA, Individually, and as Next Friend of A.V. a minor** | ) | **Case No.** |
| | ) | **Honorable Judge** |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Jury Demand** |
| **JOHN DOE USBP AGENTS,** | ) | |
| **Defendants.** | ) | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, RAFAEL VERAZA, Individually, and as Next Friend of A.V., a minor, Plaintiff by and through his attorneys, Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, JOHN DOE USBP AGENTS, individually, states as follows:

**FACTS**

1. This action is brought pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971), to redress deprivations of the civil rights of the JOSE DOMINGUEZ, accomplished by acts and/or omissions of the Defendants, JOHN DOE USBP AGENTS, committed under color of law.

2. This court has jurisdiction pursuant to 28 U.S.C. § 1331. Venue is proper under 28 U.S.C. § 1391(e)(1)(C) because defendants are officers or employees of the United States acting in their official capacity under color of legal authority, and Plaintiff resides in this judicial district.

3. The Plaintiffs, Plaintiff, RAFAEL VERAZA, Individually, and as Next Friend of A.V., a minor,, Plaintiff, were at all relevant times residents of the State of Illinois.

4. At all relevant times the Defendants, officers JOHN DOE USBP AGENTS, were

duly appointed United States Border Patrol Agents acting within the scope of their employment and under color of law.

5. On November 8, 2025, the Plaintiff, RAFAEL VERAZA, was in his vehicle with his 1-year old daughter in the back seat, A.V., a minor, in the parking lot of Sam's Club located at 2601 S. Cicero Avenue, Cicero, Illinois, 60804.

6. Defendants JOHN DOE USBP AGENTS were in their vehicle driving past the Plaintiffs on their way back from an operation.

7. Suddenly, without just cause or provocation, Defendants JOHN DOE USBP AGENTS deployed tear gas at the vehicle containing the Plaintiffs.

8. The tear gas hit Plaintiff RAFAEL VERAZA in the face and exacerbated his pre-existing asthma condition making it difficult to breathe.

9. The tear gas severely impacted Plaintiff minor A.V., a minor's, ability to see and breathe, causing her to cry in pain.

10. Due to the injuries to their eyes and lungs, both Plaintiffs were hospitalized.

11. The actions of Defendants JOHN DOE USBP AGENTS were malicious, willful and wanton and clearly not justified.

12. As a result of the Defendants' actions, Plaintiff was injured and taken to the hospital afterwards.

## COUNT I — *Bivens*
## EXCESSIVE FORCE

1-12. Paragraphs 1 through 16 are incorporated as though fully stated herein.

13. Despite the fact that Plaintiffs RAFAEL VERAZA, Individually, and as Next Friend of A.V., a minor, did not pose threats to the Defendants, Defendants JOHN DOE USBP AGENTS maliciously deployed tear gas at their vehicle, injuring their eyes and lungs.

14. The Plaintiffs did not provoke said Defendants nor retaliate after coming into contact with the tear gas.

15. The aforesaid use of force by Defendants JOHN DOE USBP AGENTS was excessive, unprovoked, and unreasonable.

16. The actions and inactions of Defendants JOHN DOE USBP AGENTS were intentional, willful, and wanton.

17. Said actions violated the Plaintiff RAFAEL VERAZA, Individually, and Next Friend of A.V., a minor, Fourth Amendment rights to be free from excessive force.

18. That as a direct and proximate result of the actions of the Defendants, the Plaintiff RAFAEL VERAZA, Individually, and Next Friend of A.V., a minor, suffered injuries and continue to suffer fear, emotional distress, anxiety, pain and suffering.

**WHEREFORE**, pursuant to the Fourth Amendment and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), the Plaintiffs, RAFAEL VERAZA, Individually, and as Next Friend of A.V., a minor, each pray that this Honorable Court enter judgment against the Defendants, JOHN DOE USBP AGENTS jointly and severally, in an amount of reasonable in compensatory damages and for punitive damages, and costs.

## **JURY DEMAND**

Plaintiffs RAFAEL VERAZA, Individually, and as Next Friend of A.V., a minor, pray for trial by jury.

Respectfully submitted,

By: /s/ Brian M. Orozco
One of the Attorneys for Plaintiff

Brian M. Orozco
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com

Elizabeth Homsy (#6307858)
Supervising Attorney, CP4P Justice Corps.
The Legal Aid Society of Metropolitan Family Services
The Chicago Project
101 N. Upper Wacker Dr., 17th Floor
Chicago, IL 60606
Phone: (312) 502-6346
Fax: (312) 986-4016
homsye@metrofamily.org

CERTIFICATE OF SERVICE

I, Brian Orozco, attorney for Plaintiff, hereby certify that a copy of this Complaint was filed before 11:59pm on July 2, 2026, using the Court's CM/ECF filing system, which generates electronic notice to all parties of record in the case.

Respectfully submitted,

/s/ Brian M. Orozco__________

One of Plaintiff's Attorneys

Brian M. Orozco
Gregory E. Kulis & Associates Ltd.
134 N. LaSalle Street,, Suite 444
Chicago, IL 60602
(312) 580-1830
(312) 580-1839 (Fax)
borozco@kulislawltd.com